**Lewis REDDEN, Petitioner–Appellant,**

v.

**John P. GALLEY, Warden; Attorney General for the State of Maryland, Respondents–Appellees.**

**Lewis Redden, Plaintiff–Appellant,**

v.

**Charles F. Mades, Sheriff; Property Control Officer, John Doe; Property Officer, John Doe; Patrol Commander, John Doe; Randy Wilkinson, First Sergeant, Defendants–Appellees.**

Nos. 02–6035, 02–6190.

United States Court of Appeals, Fourth Circuit.

Submitted March 21, 2002.

Decided May 14, 2002.

Lewis Redden, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Celia Anderson Davis, Office of the Attorney General of Maryland, Baltimore, Maryland; Tracey Brown Dawson, Steptoe & Johnson, Martinsburg, West Virginia, for Appellees.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

No. 02–6035 dismissed and No. 02–6190 affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

In these consolidated cases, Lewis Redden seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001) (No. 02–6035) and the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint (No. 02–6190). We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, in No. 02–6035, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Redden v. Galley,* No. CA–01–427–MJG (D.Md. Dec. 19, 2001). In No. 02–6190, we affirm on the reasoning of the district court. *See Redden v. Mades,* No. CA–01–2918–MJG (D.Md. Jan. 15, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

*AFFIRMED.*